UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:08-CR-79 |
| | ) | PHILLIPS/GUYTON |
| ROSS SAMUEL BRYANT, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case was to come before the Court on January 22, 2009, for a hearing to address the Defendant's Motion to Suppress [Doc. 15]. On January 22, 2009, prior to the hearing, the parties informed chambers via telephonic conference that the hearing was no longer necessary, as the parties had reached a tentative plea agreement.

The Defendant has represented to the Court that he wishes to withdraw the Motion to Suppress [Doc. 15], and accordingly it is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge